AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

SOUTHERN PREMIER HOMES, LLC,
a Florida Limited Liability Company,

Plaintiff(s)

v.

JR FLORIDA BUILDERS, LLC, a Florida Limited Liability Company and LEISURE ISLAND REALTY GROUP, INC. dba JONES & CO. REALTY, a Registered Fictitious Name,

Defendant(s)

Civil Action No. 2:15-CV-665-FtM-99CM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JR FLORIDA BUILDERS, LLC
BY SERVING ITS REGISTERED AGENT
ROSITA TAPIA
1110 NE PINE ISLAND ROAD, UNIT 41
CAPE CORAL, FLORIDA  33909

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10-27-15

R. M. _____
*Signature of Clerk or Deputy Clerk*