AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

SOUTHERN PREMIER HOMES, LLC, )
a Florida Limited Liability Company, )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
)
JR FLORIDA BUILDERS, LLC, a Florida Limited ) 2:15-CV-665-FtM-99CM
Liability Company and LEISURE ISLAND REALTY )
GROUP, INC. dba JONES & CO. REALTY, a )
Registered Fictitious Name, )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LEISURE ISLAND REALTY GROUP INC. dba
JONES & CO. REALTY
8695 COLLEGE PARKWAY, SUITE 1071
FORT MYERS, FLORIDA  33919

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10-27-15                R. M. _____
                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

SOUTHERN PREMIER HOMES, LLC,
a Florida Limited Liability Company,

)
)
)
)
)
)

*Plaintiff(s)*

v.

JR FLORIDA BUILDERS, LLC, a Florida Limited Liability Company and LEISURE ISLAND REALTY GROUP, INC. dba JONES & CO. REALTY, a Registered Fictitious Name,

)
)
)
)
)
)
)

*Defendant(s)*

Civil Action No.

2:15-CV-665-FtM-99CM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LEISURE ISLAND REALTY GROUP INC.
BY SERVING ITS REGISTERED AGENT
VICKI HEALY
8695 COLLEGE PARKWAY
SUITE 1156
FORT MYERS, FLORIDA 33919

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10-27-15

R.M. _____

*Signature of Clerk or Deputy Clerk*