UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SOUTHERN PREMIER HOMES LLC,
a Florida limited liability
company,

    Plaintiff,

v.                            Case No: 2:15-cv-665-FtM-99CM

JR FLORIDA BUILDERS, LLC, a
Florida limited liability
company and LEISURE ISLAND
REALTY GROUP, INC., a
registered fictitious name,

    Defendants.

_____

**ORDER**

    This matter comes before the Court on defendants' Motion to Dismiss Complaint (Doc. #15) filed on November 30, 2015. Plaintiff filed a Response and Memorandum of Law in Opposition to Defendants' Motion to Dismiss (Doc. #18) on February 11, 2016, to which defendants filed a Reply (Doc. #26) on March 18, 2016. Also before the Court is plaintiff's Motion for Default and Default Judgment Against Defendants as to the Plaintiff's Claims That Are Not the Subject of the Defendants' Partial Motion to Dismiss (Doc. #19) filed on February 11, 2016. Defendants filed a Response (Doc. #22) on February 16, 2016.

    Plaintiff's Complaint is a shotgun pleading often condemned by the Eleventh Circuit. Weiland v. Palm Beach Cnty. Sheriff's

Office, 792 F.3d 1313, 1321 (11th Cir. 2015) ("The most common type — by a long shot — is a complaint containing multiple counts where each count adopts the allegations of all preceding counts, causing each successive count to carry all that came before and the last count to be a combination of the entire complaint."). The Eleventh Circuit has also noted that, "[w]hile plaintiffs have the responsibility of drafting complaints [that do not constitute shotgun pleadings], defendants are not without a duty of their own in this area. . . . [A] defendant faced with a shotgun pleading should move the court, pursuant to Rule 12(e), to require the plaintiff to file a more definite statement." Id. at 1321 n.10. Where the parties fail to so comply, the Court has a *sua sponte* obligation to identify and dismiss a shotgun pleading. Id. See also Davis v. Coca-Cola Bottling Co. Consol., 516 F.3d 955, 979 n.54 (11th Cir. 2008) (collecting cases); Byrne v. Nezhat, 261 F.3d 1075, 1130 (11th Cir. 2001).

Upon review of plaintiff's Complaint, the Court finds that it cannot resolve the substantive issues because the Complaint is a shotgun pleading. Plaintiff fails to incorporate any of the prior paragraphs into Count I. Additionally, plaintiff's Complaint incorporates by reference all of the facts, legal conclusions, and counts contained in the preceding paragraphs into each subsequent count. (See Doc. #1, ¶¶ 67, 77, 82, 87, 92, 97, 102, 107, 112,

117, 122, 127, 132.)  Accordingly, the Court dismisses plaintiff's Complaint without prejudice.

Accordingly, it is hereby

**ORDERED:**

1.   Plaintiff's Complaint (Doc. #1) is dismissed without prejudice to filing an Amended Complaint within **SEVEN (7) DAYS** of this Order;

2.   Defendants JR Florida Builders, LLC and Leisure Island Realty Group, Inc. d/b/a Jones & Co. Realty's Motion to Dismiss Complaint (Doc. #15) is **denied as moot**; and

3.   Plaintiff's Motion for Default and Default Judgment Against Defendants as to the Plaintiff's Claims That Are Not the Subject of the Defendants' Partial Motion to Dismiss (Doc. #19) is **denied as moot.**

**DONE AND ORDERED** at Fort Myers, Florida, this __25th__ day of April, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of record